UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| FIRST TENNESSEE BANK<br>NATIONAL ASSOCIATION | ]<br>]<br>] | |
| v. | ]<br>] | No. 1-05-0027<br>Judge Haynes |
| MIKE JOHANNS, in his capacity<br>as Secretary of U.S. Department<br>of Agriculture for and on<br>behalf of its Agency, the Rural<br>Business-Cooperative services<br>a/k/a Rural Development | ]<br>]<br>]<br>]<br>]<br>] | |

## O R D E R

In accordance with the Memorandum filed herewith, the Court **AFFIRMS** in part and **REVERSES** in part the findings of the Secretary of the United States Department of Agriculture. The plaintiff shall be awarded $359,373.84 on its loss claim. The plaintiff's motion (filed March 31, 2006; Docket Entry No. 20) for a hearing and oral argument is **DENIED**.

Accordingly, this action is dismissed in its entirety.

Entry of this order shall constitute the judgment in this action.

It is so **ORDERED**.

**ENTERED** this the 31st day of March, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge